1  Karen I. Boyd (State Bar No. 189808)
   boyd@turnerboyd.com
2  Joshua M. Masur (State Bar No. 203510)
   masur@turnerboyd.com
3  TURNER BOYD LLP
   702 Marshall Street, Suite 640
4  Redwood City, California 94063
   Telephone:  (650) 521-5930
5  Facsimile:  (650) 521-5931

6  *Attorney for Defendant*
   STACK EXCHANGE, INC

7

8

9                **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

                       **SAN JOSE DIVISION**
11

12

13  IN RE PERSONALWEB TECHNOLOGIES,        Case 5:18-md-02834-BLF
    LLC, ET AL., PATENT LITIGATION

14

15  PERSONALWEB TECHNOLOGIES, LLC et al,   Case 5:18-cv-06045-BLF

16                          Plaintiffs,    **NOTICE OF APPEARANCE OF
                                           JOSHUA MASUR FOR DEFENDANT
17            v.                           STACK EXCHANGE, INC.**

18  STACK EXCHANGE, INC.,

19                          Defendant.

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE                                Case 5:18-md-02834-BLF
                                                    Case 5:18-cv-06045-BLF

1    **TO THE COURT, ALL PARTIES WHO HAVE APPEARED IN THIS ACTION, AND**

2    **THEIR COUNSEL OF RECORD:**

3         PLEASE TAKE NOTICE that the undersigned Turner Boyd LLP attorney hereby appears in

4    the above-referenced actions as counsel for STACK EXCHANGE, INC., and requests that all

5    notices, including all electronic ("ECF") notices, given or required to be given STACK

6    EXCHANGE, INC., and all papers filed or served in this action be provided to and served upon the

7    undersigned attorney at the street or email address listed below:

8

9                          Joshua M. Masur
                          masur@turnerboyd.com
10                         TURNER BOYD LLP
                       702 Marshall Street, Suite 640
11                     Redwood City, California 94063
                       Telephone:  (650) 521-5930
12                     Facsimile:  (650) 521-5931

13

14                                                    Respectfully Submitted,

15   Dated:    January 17, 2019                         _/s/ Joshua Masur_

16                                                    Attorney for Defendant,
                                                     STACK EXCHANGE, INC
17

18

19

20

21

22

23

24

25

26

27

28